UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| LANPOUTHAKOUN, SIRIRATH | ) | CASE NO. 06-09543-MB |
| WANWIPA, SORAMUK | ) | |
| Debtors. | ) | Hon. Manuel Barbosa |

**DISTRIBUTION REPORT**

I, THOMAS E. SPRINGER, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $2,986.90 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $19,382.09 |
| Interest (726(a)(5): | $0.00 |
| Surplus to Debtor (726(a)(6): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 22,368.99 |

**EXHIBIT D**

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 2,986.90 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | THOMAS E. SPRINGER, Trustee statutory compensation | $2,986.90 | $2,986.90 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

**EXHIBIT D**

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and Penalties | $ 0.00 | |

**EXHIBIT D**

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 19,526.27 | 99.26161 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | CAPITAL ONE BANK | $835.90 | $829.73 |
| 2 | CCSI-UCS MC CLASSIC, Citibank NA | $12,463.69 | $12,371.66 |
| 3 | THORTON FINANCIAL SERVICES c/o US Bank/Household Bank | $831.48 | $825.34 |
| 4 | FEDERATED RETAIL HOLDINGS, /Marshall Fields | $859.89 | $853.54 |
| 5 | eCAST SETTLEMENT CORP, assignee of Chase Bank USA NA | $4,535.31 | $4,501.82 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

**EXHIBIT D**

| **15. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00000% |

| **16. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| **17. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED/ WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____        _____

                                        THOMAS E. SPRINGER, TRUSTEE

**EXHIBIT D**