UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| LANPOUTHAKOUN, SIRIRATH ) | CASE NO. 06-09543-MB | |
| WANWIPA, SORAMUK ) | | |
| Debtors. ) | Hon. Manuel Barbosa | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: Old Kane County Courthouse, 100 S. Third St., Courtroom 140, Geneva, Illinois 60134

    On: **February 7, 2008**   Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts $22,368.99

    Disbursements $0.00

    Net Cash Available for Distribution $22,368.99

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | $0.00 | $2,986.90 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are: N/A

7. Claims of general unsecured creditors totaling $19,526.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 99.26% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | CAPITAL ONE BANK | $835.90 | $829.73 |
| 2 | CCSI-UCS MC CLASSIC | $12,463.69 | $12,371.66 |
| 3 | THORTON FINANCIAL SERVICES | $831.48 | $825.34 |
| 4 | FEDERATED RETAIL HOLDINGS | $859.89 | $853.54 |
| 5 | ECAST SETTLEMENT CORP | $4,535.31 | $4,501.82 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

Dated: **January 8, 2008**                              For the Court,

By:   **KENNETH S. GARDNER**
       Kenneth S. Gardner
       Clerk of the U.S. Bankruptcy Court
       219 S. Dearborn Street; 7th Floor
       Chicago, IL 60604

| | |
|---|---|
| Trustee: | Thomas E. Springer |
| Address: | 400 S. County Farm Road |
| | Suite 330 |
| | Wheaton, IL  60187 |
| Phone No.: | (630) 510-0000 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 06-09543   Doc 31   Filed 01/08/08   Entered 01/11/08 00:06:27   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2           Date Rcvd: Jan 08, 2008
Case: 06-09543                Form ID: pdf002              Total Served: 47

The following entities were served by first class mail on Jan 10, 2008.
db            Sirirath Lanpouthakoun,    1423 Keele Drive,    Carpentersville, IL  60110-3103
jdb           Wanwipa Soramuk,    1423 Keele Drive,    Carpentersville, IL  60110-3103
aty          +Milton A Tornheim,    100 W. Monroe,    Suite 1214,    Chicago, IL 60603-1946
tr           +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
10854526      AMERICOLLECT,    PO BOX 1566,    MANITOWOC, WI  54221-1566
10854527      ARGENT HEALTHCARE FINANCIAL SERVICES,    1900 W. SEVERS ROAD,    PO BOX 667,
               LA PORTE, IN  46352-0667
10854528      ARROW FINANCIAL SERVICES,    5996 W TOUHY AVE,    NILES, IL  60714-4610
10854525     +American Colln Corp,    919 Estes Ct,    Schaumburg, IL 60193-4436
10854529      BANK ONE DELAWARE, NA,    C/O MANN BRACKER, LLC,    229 PEACHTREE ST NE STE 700,
               ATLANTA, GA  30303-1605
10854530      BEST BUY CO. INC.,    C/O HOUSEHOLD BANK (SB),    PO BOX 15521,    WILMINGTON, DE  19850-5521
10854531      BLATT, HASENMILLER, LEIBSKER & MOORE, LL,    MBNA AMERICA BANK, N.A.,    125 S WACKER DR STE 400,
               CHICAGO, IL  60606-4440
10854532      CAPTIAL ONE, FSB,    PO BOX 34631,    SEATTLE, WA  98124-1631
11074406     +CCSI-UCS MC Classic,    7920 NW 110th Street,    Kansas City, MO 64153-1270
11074404    +++CCSI-UCS MC Classic,    Citibank NA,    Friedman & Wexler,    500 W Madison St  Ste 2910,
               Chicago, IL 60661-2587
10854533      CERTEGY/ARC/TLR,    C/O FBCS,    841 E HUNTING PARK AVE,    PHILADELPHIA, PA  19124-4824
10854534      CHASE BANKCARD,    C/O ENCORE RECEIVABLE MANAGEMENT, INC,    PO BOX 3330,    OLATHE, KS  66063-3330
10854535      CHASE HOME FINANCE LLC,    3415 VISION DR,    COLUMBUS, OH  43219-6009
10854538      CITI BANK CBSD NA,    PO BOX 6241,    SIOUX FALLS, SD  57117-6241
10854539      CITI BANK N.A.,    C/O BAKER, MILLER, MARKOGG & KRASNY, LLC,    11 S LASALLE ST 19TH FL,
               CHICAGO, IL  60603-1203
10854540      CITIBANK CBSD NA,    PO BOX 6241,    SIOUX FALLS, SD  57117-6241
10937056     +Capital One Bank,    c/o Tsys Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
10854536      Chase/Bank One,    800 Brooksedge Blvd,    Westerville, OH  43081-2822
10854537      Citi Bank,    C/O FRIEDMAN & WEAKER, LLC,    500 W Madison St Ste 2910,    Chicago, IL  60661-4571
10854541     +DISCOVER FINCL SVC LLC,    C/O BAKER, MILLER, MORTOFF & KRASNY, LLC,    29 N WACKER DR 5TH FL,
               CHICAGO, IL  60606-3227
10854542      FMA ALLIANCE, LTD,    11811 NORTH FWY STE 900,    HOUSTON, TX  77060-3292
11152469     +Federated Retail Holdings, Inc./Marshall Fields,    c/o Tsys Debt Mgmt., Inc.,    PO Box 137,
               Columbus, GA 31902-0137
10854543      GE CAPITAL CONS CARDCO,    PO BOX 960061,    ORLANDO, FL  32896-0061
10854522      Lanpouthakoun Sirirath,    1423 Keele Dr,    Carpentersville, IL  60110-3103
10854545      MARSHALL FIELD’S,    300 SHEFFIELD CTR,    LORAIN, OH  44055-3129
10854546      MBNA AMERICA,    PO BOX 17054,    WILMINGTON, DE  19884-0001
10854547      MEDICAL CENTER ANESTHESIA,    185 PENNY AVE,    EAST DUNDEE, IL  60118-1454
10854548      MEYER & MJUS, P.A.,    ATTORNEYS AT LAW,    1100 U.S. BANK PLAZA, 200 S. SIXTH ST.,
               MINNEAPOLIS, MN  55402
10854549      MHS PHYSICIAN SERVICES,    PO BOX 5081,    JANESVILLE, WI  53547-5081
10854550      MILLENIUM CREDIT CONSULTANT,    TCF NATIONAL BANK,    PO BOX 18160,    SAINT PAUL, MN  55118-0160
10854524     +Milton A Tornheim,    100 W Monroe Street,    Chicago, IL 60603-1967
10854551      NCO FINANCIAL SYSTEMS, INC.,    CITI BANK,    DEPT 72,    WILMINGTON, DE  19850-5630
10854554      PROFESSIONAL ACCOUNT MGM,    2040 W WISCONSIN AVE # A,    MILWAUKEE, WI  53233-2098
10854553      Pong Chan Huszagh,    1423 Keele Dr,    Carpentersville, IL  60110-3103
10854555      SUBURBAN NEONATAL,    C/O LOU HARRIS & CO.,    PO BOX 977,    NORTHBROOK, IL  60065-0977
10854523      Soramuk Wanwipa,    1423 Keele Dr,    Carpentersville, IL  60110-3103
10854556      Thornton Financial Services,    C/O US Bank/Household Bank,    PO BOX 9185,
               Minneapolis MN 55480-9185
10854557      UNITED RECOVERY SYSTEMS,    CITIBANK,    PO BOX 722929,    HOUSTON, TX  77272-2929
10854558      WOLPOFF & ABRAMSON, LLP,    TWO IRVINGTON CENTRE,    702 KING FARM BLVD,
               ROCKVILLE, MD  20850-5774
11083073      eCAST Settlement Corporation,    POB 35480,    Newark, NJ 07193-5480
11214333      eCAST Settlement Corporation assignee of,    Chase Bank USA NA,    POB 35480,
               Newark NJ 07193-5480

The following entities were served by electronic transmission on Jan 09, 2008.
10854544      E-mail/PDF: ebn@phinsolutions.com Jan 09 2008 03:34:28      LAW OFFICE OF MITCHELL N. KAY,
               PO BOX 2374,    CHICAGO, IL  60690-2374
10854552      E-mail/PDF: ebn@phinsolutions.com Jan 09 2008 03:34:47      PLAZA ASSOCIATES,    370 7TH AVE,
               NEW YORK, NY  10001-3912
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’+++’ were transmitted to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Jan 08, 2008
Case: 06-09543                Form ID: pdf002          Total Served: 47
```

           ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 10, 2008**                    **Signature:**        *Joseph Speetjens*